Arthur Lee SANFORD, Plaintiff–Appellant,

v.

Dr. N. KOLONGO, Physician; Valarie A. Gaskins, Infectous Disease Nurse; L. PETTY, Nurse/RN, Defendants–Appellees,

and

Roy W. Cherry, Superintendent; First Medical Management, Defendants.

No. 12–7774.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 26, 2013.

Decided: March 15, 2013.

Arthur Lee Sanford, Appellant Pro Se. Kenneth Abrams, McGuirewoods, LLP, Richmond, Virginia, for Appellees.

Before MOTZ, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Arthur Lee Sanford appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the rea-

sons stated by the district court. *See Sanford v. Cherry*, No. 1:11–cv–00348–LMB–JFA (E.D.Va. Sept. 20, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*